IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINE WALLIS, ) <br> As personal and legal representative ) <br> For the Estate of David Buck, Deceased ) <br> ) <br> Plaintiff, ) <br> ) <br> v.                                                    ) <br> ) <br> DISTRICT OF COLUMBIA, *et al.*,    ) <br> ) <br> Defendants.                                ) <br> ) | Case No.: 1:12-cv-01289 (KBJ) <br><br> **JURY TRIAL DEMANDED** |

## JOINT STATUS REPORT

Plaintiff, Christine Wallis, as Personal and Legal Representative of the Estate of David F. Buck, Deceased, and all properly served Defendants, by and through their respective undersigned counsel, hereby submit the following Joint Status Report in response to this Court's January 29, 2014 Minute Order instructing the parties to advise the Court of the status of mediation, and to provide a proposed schedule for amending the Second Amended Complaint and/or renewing motions to dismiss.

1. The parties' assigned mediator, Arthur Peabody, has ordered that mediation will be held on Wednesday, April 16, 2014. Due to the snow conditions and other scheduled matters, this is the first opportunity for the parties to conduct the mediation.

2. Should the case not be resolved through mediation, thereby necessitating litigation, the parties propose that any further amendments to the Second Amended Complaint be filed by Thursday, May 1, 2014.

3. The parties further propose that renewed motions to dismiss shall be filed by Friday, May 16, 2014.

Dated:  April 1, 2014   Respectfully Submitted,

           */s/ James C. Bailey*
           _____
           James C. Bailey (DC #462391)
           Sara M. Klayton (DC #1001228)
           Michael A. Tilghman (DC #988441)
           Michael S. Hollander (DC #1015379)
           BAILEY & EHRENBERG PLLC
           1015 18th Street NW
           Suite 204
           Washington, DC  20036
           T:  (202) 331-1331
           F:  (202) 318-7071
           jcb@becounsel.com
           smk@becounsel.com
           mat@becounsel.com
           msh@becounsel.com

           **Attorneys for Plaintiff**

Dated:  April 1, 2014                              Respectfully Submitted,


/s/ Irvin B. Nathan
_____
Irvin B. Nathan (DC #90449)
Attorney General for
the District of Columbia

/s/ George C. Valentine
_____
George C. Valentine (DC #375391)
Deputy Attorney General
Civil Litigation Division

/s/ Jonathan Pittman
_____
Jonathan H. Pittman (DC #430388)
Chief, Civil Litigation Division, Section III

/s/ Alex Karpinski
_____
Alex Karpinski (DC #982184)
Office of the Attorney General for
the District of Columbia
441 4th Street NW
6th Floor South
Washington, DC  20001
T:  (202) 724-6649
F:  (202) 715-7725
alex.karpinski@dc.gov


/s/ John Cuong Truong
_____
John Cuong Truong (DC #465901)
United States Attorney's Office
555 4th Street NW
Washington, DC  20530
T:  (202) 252-2524
F:  (202) 252-2599
john.truong@usdoj.gov

**Attorneys for Defendants**

3