IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINE WALLIS, <br> As personal and legal representative <br> Of the Estate of David Buck, Deceased <br><br> Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | Case No.: 1:12-cv-01289 (KBJ) <br><br> **JURY TRIAL DEMANDED** |

## ORDER

Having fully considered Plaintiff's and Defendants' Joint Status Report, filed in response to this Court's January 29, 2014 Minute Order, it is hereby

ORDERED that Plaintiff's Third Amended Complaint shall be filed by Thursday, May 1, 2014; and it is further

ORDERED that any Motions to Dismiss that Defendants seek to renew shall be filed by Friday, May 16, 2014.

IT IS SO ORDERED.

Entered this _____ day of _____ 2014.

_____
The Honorable Ketanji Brown Jackson
United States District Court Judge