# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHRISTINE WALLIS, ) | |
| Plaintiff, ) | |
| v. ) | Case No.: 1:12-cv-01289 (KBJ) |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. 41(a)(1)(A)(i), Plaintiff hereby dismisses, with prejudice, all claims in the above-captioned action filed against the United States Park Police and all individually named United States Park Police officers (whether or not properly served) identified in Paragraphs 24 to 33 of the Second Amended Complaint (ECF No. 21).

Dated: June 2, 2014.    Respectfully submitted,

_____//s_____
James Charles Bailey
DC Bar # 462391
BAILEY & EHRENBERG PLLC
1015 18th Street, NW
Suite 204
Washington, DC 20036
(202) 331-1331
Fax: (202) 318-7071
Email: jcb@becounsel.com
Counsel for Plaintiff