# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINE WALLIS, ) | |
| Plaintiff, ) | |
| v. ) | Case No.: 1:12-cv-01289 (KBJ) |
| THE DISTRICT OF COLUMBIA, *et al.*, ) | **JURY TRIAL DEMANDED** |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

Plaintiff, Christine Wallis, as Personal and Legal Representative of the Estate of David F. Buck, Deceased ("Plaintiff"), and Defendants, the District of Columbia, Michael Baker, Germaine Bennett, Brandon Clay, Matthew Domas, Walter Faryniarz, Dustin Hugee, John Robinson, Jody Shegan, Jeffrey Sipes, Anthony Smith, Chancham Spears, Joshua A. Starnes, Vicki Steen, and Eric Walsh (collectively, "Defendants"), by and through their respective undersigned counsel, hereby submit their Stipulation of Dismissal, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

1. Fed. R. Civ. P. 41(a)(1)(A)(ii) states that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).

2. All parties who have appeared in this action have agreed to voluntarily dismiss all counts in Plaintiff's Second Amended Complaint because the parties settled this matter on May 13, 2014.

3. All parties who have appeared in this action have signed this Stipulation of Dismissal. *See id.*

4. Plaintiff and Defendants shall bear their respective costs and fees, including attorneys' fees, incurred in connection with this action.

Dated:  July 18, 2014                                   Respectfully Submitted,


                                                        */s/ James C. Bailey*

                                                        James C. Bailey (DC # 462391)
                                                        Michael A. Tilghman (DC # 988441)
                                                        Michael S. Hollander (DC # 1015379)
                                                        BAILEY & EHRENBERG PLLC
                                                        1015 18th Street NW
                                                        Suite 204
                                                        Washington, DC  20036
                                                        T:  (202) 331-1331
                                                        F:  (202) 318-7071
                                                        jcb@becounsel.com
                                                        mat@becounsel.com
                                                        msh@becounsel.com

                                                        **Attorneys for Plaintiff**

Dated:  July 18, 2014               Respectfully Submitted,

                                    IRVIN B. NATHAN
                                    Attorney General for the
                                    District of Columbia


                                    GEORGE C. VALENTINE
                                    Deputy Attorney General
                                    Civil Litigation Division

                                      /s/ Jonathan H. Pittman
                                     JONATHAN H. PITTMAN [430388]
                                     Chief, General Litigation Section III
                                     Civil Litigation Division


                                            /s/ Alex Karpinski
                                    ALEX KARPINSKI [982184]
                                    Assistant Attorney General
                                    441 4th Street, N.W., 6th Floor South
                                    Washington, D.C.  20001
                                    alex.karpinski@dc.gov


                                    **Attorneys for Defendants**